ORDERED.

Dated: April 17, 2014



*Eileen W. Hollowell*
Eileen W. Hollowell, Bankruptcy Judge

| | |
|---|---|
| 1 | THE LAW OFFICES OF |
| 2 | KELLY G. BLACK, PLC |
| | 1152 E Greenway St, Ste 4 |
| 3 | Mesa, AZ 85203-4360 |
| | P 480-639-6719 |
| 4 | F 480-639-6819 |
| | kgb@kellygblacklaw.com |
| 5 | Attorneys for Kenneth Claridge and Mary Alyce Claridge |
| 6 | By: Kelly G Black, No. 016376 |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re:

**Kenneth Claridge**
**Mary Alyce Claridge**

Debtors.

Proceedings under Chapter 12

4:13-bk-21078-EWH

Order and Notice of Time within which to File Certain Proofs of Claim

Assigned to: Honorable Eileen W Hollowell

TO: THE FOLLOWING CREDITORS, EQUITY SECURITY HOLDERS, AND OTHER PARTIES IN INTEREST:

Marlene Claridge
1597 S Roadrunner Lane
Thatcher, AZ 85552

Ass'n Mgr, Hilton Grand Vacations
PO Box 402705
Atlanta, GA 30384-2705

Hilton Grand Vacations Company, LLC
5323 Millenia Lakes Blvd, Ste 400
Orlando, FL 32839

Eastern Arizona Ag Ctr
2700 W Hwy 70
Thatcher, AZ 85552

Gila Valley Irrigation District
207 W 5th St
Safford, AZ 85546

City of Safford
717 W Main St
Safford, AZ 85546

SLC Properties LP by GP Claridge Fam LLC
c/o Charles E Kohlhase, Member
1509 N Gentry Cir
Mesa, AZ 85213

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

A. The Court previously fixed April 21, 2014 as the last day for filing a proof of claim.

C. On motion and for good cause shown, the last day for filing a proof of claim is extended through May 20, 2014 for the above-listed creditors.

SIGNED AND DATED ABOVE.



EASTERN ARIZONA AG CENTER, INC.
2700 West Highway 70
Thatcher, AZ 85552
Telephone (928) 428-1585
Fax (928) 428-1620

KENNETH CLARIDGE　　　　　　　CC　　　　　　　　　15850　　　05/13/14　　1
4769 E. HWY 70
SAFFORD, AZ　　　　　　　　　　85546

STATEMENT

| DATE | INVOICE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 10/31/12 | CS43204 #* | SPINDLE CLNR | 1264.21 | .00 | 1264.21 |
| 11/06/12 | WS23681 #* | DOFFERS | 997.16 | .00 | 997.16 |
| 11/09/12 | WS23728 #* | DOFFER | 623.92 | .00 | 623.92 |
| 11/13/12 | CS43830 #* | MX135 HITCH | 313.24 | .00 | 313.24 |
| 11/19/12 | CS44157 #* | DOFFERS | 511.80 | .00 | 511.80 |
| 12/10/12 | CS44098 #* | PICKER | 1869.09 | .00 | 1869.09 |
| 12/21/12 | CS44908 #* | PAINT | 65.43 | .00 | 65.43 |
| 12/28/12 | CS45260 #* | RIPPER | 259.95 | .00 | 259.95 |
| 1/07/13 | CS45424 #* | HYTRAN | 146.43 | .00 | 146.43 |
| 1/07/13 | CS45455 #* | RTK | 2000.00 | .00 | 2000.00 |
| 1/21/13 | CS45849 #* | GREASE / LUB | 119.66 | .00 | 119.66 |
| 1/25/13 | WS23994 #* | MX285 | 4748.92 | .00 | 4748.92 |
| 1/30/13 | WS23964 #* | MX135 | 7859.22 | .00 | 7859.22 |
| 2/21/13 | CS46671 #* | MX285 BATT. | 284.06 | .00 | 284.06 |
| 2/25/13 | CS45686 #* | 580B | 238.38 | .00 | 238.38 |
| 2/25/13 | WS24301 #* | MX285/PLANIT | 873.37 | .00 | 873.37 |
| 3/06/13 | CS45970 #* | HYD HOSE | 145.68 | .00 | 145.68 |
| 3/29/13 | INTEREST | | 443.20 | .00 | 52.56 |
| 4/23/13 | WS24662 #* | MX285 | 513.88 | .00 | 513.88 |
| 4/23/13 | WS24704 #* | MX120 | 148.26 | .00 | 148.26 |
| 5/01/13 | INTEREST | | 470.07 | .00 | 470.07 |
| 5/31/13 | INTEREST | | 485.31 | .00 | 485.31 |
| 7/01/13 | INTEREST | | 485.31 | .00 | 485.31 |
| 8/01/13 | INTEREST | | 486.68 | .00 | 486.68 |
| 8/30/13 | INTEREST | | 471.95 | .00 | 471.95 |
| 10/01/13 | INTEREST | | 471.95 | .00 | 471.95 |
| 11/01/13 | INTEREST | | 464.73 | .00 | 464.73 |

| BEGINNING BALANCE | CHARGES | CREDITS | NEW BALANCE |
|---|---|---|---|
| | | | |

| CURRENT | 30 DAYS PAST DUE | 60 DAYS PAST DUE | 90 DAYS & OVER | SERVICE CHARGE |
|---|---|---|---|---|
| | | | | |

---

KENNETH CLARIDGE　　　　　　　CC　　　　　　　　　15850　　　05/13/14　　1

| AMOUNT DUE | |
|---|---|
| AMOUNT PAID | |

**Please indicate invoices paid (X)**

| INVOICE | BALANCE | X | INVOICE | BALANCE | X | INVOICE | BALANCE | X |
|---|---|---|---|---|---|---|---|---|
| CS43204 #* | 1264.21 | | CS45455 #* | 2000.00 | | WS24662 #* | 513.88 | |
| WS23681 #* | 997.16 | | CS45849 #* | 119.66 | | WS24704 #* | 148.26 | |
| WS23728 #* | 623.92 | | WS23994 #* | 4748.92 | | INTEREST | 470.07 | |
| CS43830 #* | 313.24 | | WS23964 #* | 7859.22 | | INTEREST | 485.31 | |
| CS44157 #* | 511.80 | | CS46671 #* | 284.06 | | INTEREST | 485.31 | |
| CS44098 #* | 1869.09 | | CS45686 #* | 238.38 | | INTEREST | 486.68 | |
| CS44908 #* | 65.43 | | WS24301 #* | 873.37 | | INTEREST | 471.95 | |
| CS45260 #* | 259.95 | | CS45970 #* | 145.68 | | INTEREST | 471.95 | |
| CS45424 #* | 146.43 | | INTEREST | 52.56 | | INTEREST | 464.73 | |

**For proper credit please return this portion with your payment**



EASTERN ARIZONA AG CENTER, INC.
2700 West Highway 70
Thatcher, AZ 85552
Telephone (928) 428-1585
Fax (928) 428-1620

KENNETH CLARIDGE          CC                    15850      05/13/14    2
4769 E. HWY 70
SAFFORD, AZ              85546

STATEMENT

| DATE | INVOICE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 12/02/13 | INTEREST | | 464.73 | .00 | 464.73 |
| 12/31/13 | INTEREST | | 459.65 | .00 | 459.65 |
| 1/31/14 | INTEREST | | 459.65 | .00 | 459.65 |
| 2/28/14 | INTEREST | | 459.65 | .00 | 459.65 |
| 4/01/14 | INTEREST | | 459.65 | .00 | 459.65 |
| 5/01/14 | INTEREST | | 459.65 | .00 | 459.65 |

Invoices Available Upon Request.
Your Account Is Past Due.

| BEGINNING BALANCE | CHARGES | CREDITS | NEW BALANCE |
|---|---|---|---|
| 29134.20 | | | 29134.20 |

| CURRENT | 30 DAYS PAST DUE | 60 DAYS PAST DUE | 90 DAYS & OVER | SERVICE CHARGE |
|---|---|---|---|---|
| 459.65 | 459.65 | 459.65 | 27755.25 | 459.65 |

---

KENNETH CLARIDGE          CC                    15850      05/13/14    2

| | AMOUNT DUE | 29134.20 |
|---|---|---|
| Please indicate invoices paid (X) | AMOUNT PAID | |

| INVOICE | BALANCE | X | INVOICE | BALANCE | X | INVOICE | BALANCE | X |
|---|---|---|---|---|---|---|---|---|
| INTEREST | 464.73 | | | | | | | |
| INTEREST | 459.65 | | | | | | | |
| INTEREST | 459.65 | | | | | | | |
| INTEREST | 459.65 | | | | | | | |
| INTEREST | 459.65 | | | | | | | |
| INTEREST | 459.65 | | | | | | | |

