The Law Office of
Kelly G. Black, PLC
1152 E Greenway St, Ste 4
Mesa, AZ 85203-3460
P 480-639-6719
F 480-639-6819
Attorneys for Debtors
By: Kelly G. Black, No. 016376, kgb@kellygblacklaw.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: **Kenneth Claridge** **Mary Alyce Claridge** Debtors. | Chapter 12 Proceedings Case No. **4:13-bk-21078-SHG** |

**Order Granting
Application for Payment and Compensation of Attorney
Fees and Costs and For Order and Judgment Thereon
(First Application)**

Kelly G. Black, PLC having filed its Application for Payment and Compensation of Attorney Fees and Costs and For Order and Judgment Thereon (First Application) (the "Application") (Doc 140) and the related Notice of Bar Date (Doc 141) (the "Notice"); the Application and Notice having been served (Doc 142); no party having filed a timely objection (Doc 143), and for good cause shown,

IT IS ORDERED granting the Application as follows:

A. Allowing and approving Applicant's fees for the Application Period totaling $30,450.00, which will be paid by Debtors;

B. Reimbursement of $1,165.22 in actual and necessary expenses, which Applicant has incurred and paid during the Application Period in connection with the rendering of such professional services, for a total award of $31,615.22; and

C. For a Judgment against Debtors for the total award in the sum of $31,615.22.

SIGNED AND DATED ABOVE.

Order 2016.01.14 004.docx